UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE ANN RAYSBROOK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,[1]<br><br>　　　　　Defendant. | Case No. C12-0679-JCC<br><br>ORDER DISMISSING CASE |

The Court, after careful consideration of Plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, and Plaintiff's objections thereto, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation.

(2)　The final decision of the Commissioner is AFFIRMED and this case is dismissed with prejudice.

(3)　The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

//

---

[1] Acting Commissioner Colvin is substituted for the former Commissioner, Michael J. Astrue, as required under Federal Rule of Civil Procedure 25(d).

ORDER DISMISSING CASE
PAGE - 1

1  DATED this 28th day of February, 2013.

2

3

4

5

6  JOHN C. COUGHENOUR
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DISMISSING CASE
PAGE - 2